UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No. |
| v. : | |
| : | 18 U.S.C. § 922(g)(1) |
| **JONATHAN MCCRIMMON,** : | **(Unlawful Possession of a Firearm and** |
| : | **Ammunition by a Person Convicted of a Crime** |
| Defendant. : | **Punishable by Imprisonment for a Term** |
| : | **Exceeding One Year)** |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about September 17, 2025, within the District of Columbia, **JONATHAN MCCRIMMON**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in Prince George's County Maryland, Criminal Case No. CT160166X, did unlawfully and knowingly receive and possess a firearm, that is, a silver Armi Galesi, .25 caliber pistol, and did unlawfully and knowing receive and possess ammunition, that is, .25 caliber ammunition, which had been possessed, shipped, and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1)

## FORFEITURE ALLEGATION

1.  Upon conviction of any of the offenses alleged in Count One of this information, **JONATHAN MCCRIMMON** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and

ammunition involved in or used in the knowing commission of the offense, including but not limited to a silver Armi Galesi, .25 caliber firearm, and .25 caliber ammunition.

    2.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

- (a) cannot be located upon the exercise of due diligence;
- (b) has been transferred or sold to, or deposited with, a third party;
- (c) has been placed beyond the jurisdiction of the Court;
- (d) has been substantially diminished in value; or
- (e) has been commingled with other property that cannot be subdivided without difficulty;

**JONATHAN MCCRIMMON** shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

Respectfully Submitted,

Jeanine Ferris Pirro
United States Attorney

By:    */s/ Joshua Satter*
JOSHUA SATTER
Assistant United States Attorney
N.Y. Bar No. 5477112
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-7566
Email: Josh.Satter@usdoj.gov